[No. 27204-7-I.   Division One.   May 4, 1992.]

JACK L. CAMERON, ET AL, *Appellants*, v. BRETT D. SMITH, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-24048-3, Marsha J. Pechman, J., entered October 11, 1990. *Reversed* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Pekelis, JJ.

[No. 25837-1-I.   Division One.   May 4, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICK THOMAS GOSSMAN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03809-5, Liem E. Tuai, J., entered March 20, 1990. *Affirmed in part* and *remanded* by unpublished opinion per Webster, A.C.J., concurred in by Scholfield and Forrest, JJ.

[No. 27202-1-I.   Division One.   May 4, 1992.]

STAN R. KAPUSNIAK, *Appellant*, v. FARMERS INSURANCE CO. OF WASHINGTON, *Respondent*.

Appeal from judgments of the Superior Court for King County, No. 89-2-00253-1, Donald D. Haley, J., entered January 22 and October 22, 1991. *Reversed* by unpublished opinion per Coleman, J., concurred in by Pekelis and Agid, JJ.